UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CASUALTY MANAGEMENT CO.,<br><br>　　　　Defendant. | Case No. 16-cv-01246-WHO<br><br>**ORDER REGARDING BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE** |

　　The motion for judgment on the pleadings set for hearing on June 22, 2016 was already fully briefed when this case was transferred from the United States District Court for the District of Kansas to this district. On May 25, 2016, defendant filed a second brief in opposition to the motion. *See* Dkt. No. 45 (second opposition brief); Dkt No. 20 (first opposition brief). If plaintiff wishes to file a second reply brief addressing any new arguments raised in defendant's second opposition brief, it may do so by June 1, 2016. The second reply brief, if any, shall not repeat or readdress arguments made during the parties' first round of briefing.

　　The case management conference set for June 21, 2016 is VACATED and RESET to June 22, 2016, immediately following the motion hearing.

　　**IT IS SO ORDERED**.

Dated: May 26, 2016



　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　United States District Judge